**James C. McNEILL, Plaintiff–Appellant,**

v.

**Kenneth JONES; Sergeant McCoy; R. Smith, Officer; Officer Johnson; Thomas Aker, Lieutenant, Defendants–Appellees.**

No. 03–6573.

United States Court of Appeals, Fourth Circuit.

Submitted June 11, 2003.

Decided June 26, 2003.

James C. McNeill, Appellant Pro Se. John Payne Scherer, II, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James C. McNeill appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McNeill v. Jones,* No. CA–02–252 (E.D.N.C. filed Mar. 25, 2003 & entered Mar. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*